*E-FILED on 6/5/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-1116 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| CASTILLO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 6, 2012, Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed a completed application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, plaintiff was provided with a new IFP application, and instructions for completing it. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. On March 23, 2012, plaintiff filed a motion for leave to proceed IFP. However, the Certificate of Funds was insufficient because it was not signed by an authorized officer of the prison. On March 28, 2012, the clerk notified plaintiff of this deficiency, and again directed plaintiff to file a completed IFP application or pay the filing fee within thirty days, or face dismissal of this action.

To date, plaintiff has not complied. Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new action in which he either pays the filing fee or files a completed IFP application. The clerk shall enter judgment and close the file.

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Williams116ifpdis.wpd

1  IT IS SO ORDERED.
2  DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

        Plaintiff,

  v.

CEBALLOS et al,

        Defendant.

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214  
Salinas Valley State Prison  
Housing: A-5-143  
P.O. Box 1050  
Soledad, CA 93960

Dated: June 5, 2012

                                      Richard W. Wieking, Clerk  
                                      By: Jackie Lynn Garcia, Deputy Clerk