**E-FILED on 1/22/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-1116 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION TO |
| v. | ) ) | CHANGE TIME TO FILE DISPOSITIVE MOTION |
| CASTILLO, et al., | ) ) | |
| Defendants. | ) ) | (Doc. No. 34.) |

On, March 6, 2012, plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 12, 2012, the court ordered service upon the defendants and directed defendants to file a dispositive motion within ninety days of the date of the order. (Doc. No. 20.) Defendants have filed a motion to change time to file a dispositive motion. (Doc. No. 34.) Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion no later than March 11, 2013. Plaintiff shall file an opposition twenty-eight (28) days after the filing date of the dispositive motion. Any reply shall be filed fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: 1/22/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion to Change time to File Dispositive Motion
G:\PRO-SE\SJ.Rmw\CR.12\Williams116eot-dispo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

        Plaintiff,

  v.

CEBALLOS et al,

        Defendant.

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Salinas Valley State Prison
Housing: A-5-143
P.O. Box 1050
Soledad, CA 93960

Dated: January 22, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk