IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-1116 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' SECOND |
| v. | ) ) | MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION |
| CASTILLO, et al., | ) ) | |
| Defendants. | ) ) | (Doc. No. 51.) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 12, 2012, the court directed defendants to file a dispositive motion. (Doc. No. 20.) Defendants have filed a second motion to change time to file a dispositive motion. (Doc. No. 51.) Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **no later than April 10, 2013**. Plaintiff shall file an opposition twenty-eight (28) days after the filing date of the dispositive motion. Any reply shall be filed fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Order Granting Second Motion to Change time to File Dispositive Motion
G:\PRO-SE\SJ.Rmw\CR.12\Williams116eot2-dispo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

        Plaintiff,

  v.

CASTILLO, et al.,

        Defendant.

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-1-222
P.O. Box 5104
Delano, CA 93216

Dated: March 27, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk