IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CASTILLO, et al.,<br><br>Defendants. | C 12-1116 RMW (PR)<br><br>[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Judge: The Honorable Ronald M. Whyte<br>Trial Date: n/a<br>Action Filed: March 6, 2012 |

For good cause appearing, Defendants' request for an extension of time to file a reply to Williams' opposition to Defendants' Motion for summary judgment is granted. Defendants may file a reply to the opposition on or before June 7, 2013.

IT IS SO ORDERED.

Dated:_____                 *Ronald M. Whyte*
                              The Honorable Ronald M. Whyte
                              United States District Judge

1

[Order] Grant'g Defs.' Mot. Extension Time File Reply Opp'n Mot. Summ. J. (C 12-1116 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

        Plaintiff,

  v.

CASTILLO et al,

        Defendant.

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: June 13, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk