1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12
   **JAMES EDWARD WILLIAMS,**                    C 12-1116 RMW (PR)
13
                                   Plaintiff,     ~~[Proposed]~~ **ORDER GRANTING**
14                                                **DEFENDANTS' MOTION FOR AN**
                   **v.**                         **EXTENSION OF TIME TO FILE REPLY**
15                                                **TO OPPOSITION TO MOTION FOR**
                                                  **SUMMARY JUDGMENT**
16   **CASTILLO, et al.,**
                                                  Judge:        The Honorable Ronald M.
17                                 Defendants.                   Whyte
                                                  Trial Date:   n/a
18                                                Action Filed: March 6, 2012

19
        For good cause appearing, Defendants' request for an extension of time to file a reply to
20
   Williams' opposition to Defendants' Motion for summary judgment is granted.  Defendants may
21
   file a reply to the opposition on or before June 7, 2013.
22
        IT IS SO ORDERED.
23

24   Dated:_____              _____
                                The Honorable Ronald M. Whyte
25                              United States District Judge

26

27

28

                                            1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

          Plaintiff,

  v.

CASTILLO et al,

          Defendant.

_____/

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: June 13, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk