IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASTILLO, et al.,<br><br>　　　　Defendants. | No. C 12-1116 RMW (PR)<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS FOR FAILURE TO DEFEND<br><br>(Doc. No. 75.) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 12, 2012, the court directed defendants to file a dispositive motion. (Doc. No. 20.) After two extensions of time, the court set the due date for defendants to file a dispositive motion for April 10, 2013. (Doc. No. 54.) Defendants filed a motion for summary judgment on the due date. (Doc. No. 56.)

Accordingly, plaintiff's motion for a default judgment against all defendants for failure to defend, filed April 22, 2013, is **DENIED**.

This order terminates docket number 75.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Default Judgment Against all Defendants for Failure to Defend
G:\PRO-SE\RMW\CR.12\Williams116deny-default.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E WILLIAMS,

        Plaintiff,

  v.

CASTILLO, et al,

        Defendant.

Case Number: CV12-01116 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: October 23, 2013

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk