UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASTILLO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 5:12-CV-1116 RMW (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES EDWARD WILLIAMS, inmate no. V-54214, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 5, 2014

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　　Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JAMES EDWARD WILLIAMS, inmate no. V-54214, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 p.m. on June 17, 2014, so that said prisoner may then and there

1 participate in the SETTLEMENT CONFERENCE in the matter of WILLIAMS v. CASTILLO, and at
2 the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide
3 by such order of the above-entitled Court as shall thereafter be made concerning the custody of said
4 prisoner, and further to produce said prisoner at all times necessary until the termination of the
5 proceedings for which his testimony is required in this Court;

6 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7 for the Northern District of California.

9 Dated: May 5, 2014

10 RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk



Dated: May 5, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CASTILLO, et al.,<br><br>Defendants. | No. 5:12-CV-1116 RMW (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James Edward Williams
V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Litigation Coordinator
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216-6000

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3