UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

    Plaintiff,

  v.

CASTILLO, et al.,

    Defendants.

Case No.  12-cv-01116-RMW   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on June 17, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Pro Se

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Trace Maiorino

    (   )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1    ( X )  The parties are unable to reach an agreement at this time.  The matter is set for
2    telephonic status on July 22, 2014 at 1:00 p.m.  Defense counsel shall facilitate Plaintiff's
3    telephonic appearance.
4    **IT IS SO ORDERED.**
5    Dated: June 24, 2014



NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTILLO, et al.,<br><br>    Defendants. | Case No.  12-cv-01116-RMW   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 6/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams
Kern  Valley State Prison D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: 6/25/2014

Richard W. Wieking
Clerk, United States District Court

B *(signature)*
G

Honorable NANDOR J. VADAS