UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

    Plaintiff,

  v.

CASTILLO, et al.,

    Defendants.

Case No.  12-cv-01116-RMW   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 17, 2014, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Trace Maiorino

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.  The parties reached an agreement privately following the June 17, 2014 settlement conference.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1      ( ) The parties are unable to reach an agreement at this time.

2      **IT IS SO ORDERED.**

3  Dated: August 7, 2014

4                                                                                  _____

5                                                                                  NANDOR J. VADAS
                                                                                   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28