KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
TRACE O. MAIORINO
Deputy Attorney General
State Bar No. 179749
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5975
  Fax:  (415) 703-5843
  E-mail:  Trace.Maiorino@doj.ca.gov
*Attorneys for Defendants Ceja, Curry, Mejia, Tovar, and Beattie*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES EDWARD WILLIAMS,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CASTILLO, et al.,**<br><br>                    Defendants. | C 12-1116 RMW (PR)<br><br>**STIPULATION TO WITHDRAW ECF NOS. 105 AND 106; AND [~~Proposed~~] ORDER**<br><br>Judge:     The Honorable Ronald M. Whyte<br>Action Filed:   March 6, 2012 |

     Plaintiff James Edward Williams and Defendants Ceja, Curry, Mejia, Tovar, and Beattie stipulate to the withdrawal of the Declaration of Williams and the Joinder of Claims filed by Williams on August 20, 2014.  (ECF Nos. 105, 106.)

     IT IS SO STIPULATED.

Dated: _____      By: *[signature]*
                                             PLAINTIFF JAMES EDWARD WILLIAMS

1

Stip. To Withdraw ECF Nos. 105 & 106 & ~~Proposed~~ Order  (C 12-1116 RMW (PR))

Dated: 11/12/14

KAMALA D. HARRIS
Attorney General Of The State Of California

By: *Trace O. Maiorino*
TRACE O. MAIORINO
Deputy Attorney General
*Attorneys for Defendants Ceja, Curry, Mejia, Tovar, and Beattie*

ORDER

Pursuant to the foregoing stipulation, the Declaration of Williams and the Joinder of Claims filed by Williams on August 20, 2014 are withdrawn. (ECF Nos. 105, 106.)

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

2

Stip. To Withdraw ECF Nos. 105 & 106 & ~~Proposed~~ Order (C 12-1116 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E WILLIAMS,<br><br>             Plaintiff,<br><br>   v.<br><br>CASTILLO, et al,<br><br>             Defendant.                          / | Case Number: CV12-01116 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: December 5, 2014

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk